UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEANNIE DRIVER | ) |
| | ) No. 4:06-cv-75\4:05-cr-2 |
| v. | ) |
| | ) *Chief United States District Judge Collier* |
| UNITED STATES OF AMERICA | ) |

**O R D E R**

The defendant, Jeannie Driver ("Driver"), has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Since it does not plainly appear from the face of the § 2255 motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading to the motion within **forty-five (45) days** from entry of this Order. Rule 4 of the Rules Governing Section 2255 Proceedings For The United States District Courts.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**